# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**CHRISTOPHER L. RHONE,**

        **Plaintiff,**

**v.**                                       Case No:   24-4060-EFM

**KENNETH SCHMANKE, and**
**K1 HOSPITALITY LLC,**

        **Defendant(s),**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on March 7, 2025, Doc. 33, Defendant Schmanke's Motion to Dismiss, Doc. 11, is GRANTED.

IT IS FURTHER ORDERED that Defendant K1 Hospitality's Motion for Summary Judgment, Doc. 16, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Deny Defendant's Motion to Dismiss, Doc. 31, is DENIED as MOOT.

This case is closed.

 March 7, 2025                                                SKYLER O'HARA
    Date                                                        CLERK OF THE DISTRICT COURT

                                                                  by:  s/ Cindy McKee
                                                                        Deputy Clerk